**Order entered August 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00823-CV

### THE CITY OF DALLAS, Appellant

### V.

### MARVA GEORGE, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-14-03991-C**

## ORDER

This interlocutory appeal was abated on August 4, 2015 to allow the parties an opportunity to finalize a settlement agreement. By motion filed August 26, 2015, appellant informs us the trial court has entered an agreed final order of dismissal and seeks to dismiss the appeal. Accordingly, we **REINSTATE** the appeal. The appeal will be dismissed separately.

/s/    DAVID EVANS
        JUSTICE